# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,
AND SEI INVESTMENTS COMPANY

NO.  2023 CW 0521

**JULY 5, 2023**

---

In Re:    State of Louisiana through the Louisiana Office of
          Financial Institutions, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 581670.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT GRANTED.** We find the trial court erred in the portion
of its April 25, 2023 order that granted the plaintiffs' request
for discovery under La. R.S. 6:103(H). At the April 19, 2023
hearing, the plaintiffs failed to introduce any evidence in
support of their request for discovery. Evidence not properly
and officially offered and introduced cannot be considered, even
if it is physically placed in the record. **Landis Const. Co.,
L.L.C. v. State**, 2015-1167 (La. App. 1st Cir. 2/29/16), 199
So.3d 1, 2-3. The plaintiffs' request for discovery under La.
R.S. 6:103(H) also did not adequately describe the documents
being sought and therefore fails to comply with La. R.S.
6:103(H). Therefore, we find the plaintiffs failed to meet
their burden of showing good cause and substantial need for the
production of the documents sought in their request. We reverse
the portion of the trial court's April 25, 2023 order granting
the plaintiffs' request for discovery under La. R.S. 6:103(H)
and deny the plaintiffs' request for discovery under La. R.S.
6:103(H).

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT